IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION and PNC EQUIPMENT FINANCE, LLC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 20-cv-1088 ) |
| ILG INTERNATIONAL LOGISTICS GROUP, INC., S&L CARTAGE, INC., BELLA ABEL LLC, and SAMIR JAKUPOVIC, Defendants. | ) ) ) ) ) |

**DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S MOTION TO APPOINT SPECIAL SALES OFFICER**

Defendants, ILG International Logistics Group, Inc., S&L Cartage, Inc., Bella Abel LLC, and Samir Jakupovic (collectively referred to as "Defendants"), by and through their attorney, Anthony J. Peraica of Anthony J. Peraica & Associates, Ltd., objects to the Plaintiff's Motion to Appoint Special Sales Officer and in opposition to the Plaintiff's motion state as follows:

1. Defendants had already placed the property for sale with Chopp Commercial Properties, a commercial broker, as reflected by the Loop Net posting attached as Exhibit 1.

2. Plaintiff has not shown in its motion any "special matters" as to how Patrick Stanton has special selling abilities that would benefit this property.

3. There is a bias of the Plaintiff towards the use of Patrick Stanton, which the Plaintiff has not disclosed. Patrick Stanton and his real estate firm boast PNC as one of their clients. See http://www.patrickcommercial.com/the-patrick-difference/our-clients/

4. Defendants object to giving the selling officer carte blanche as any incentives that the Plaintiff or Patrick Stanton would give to a potential purchaser would detract from the equity of the property and potentially subject the Defendants to personal judgments.

5. Defendants further question the ability of Patrick Stanton to be the selling officer and market the property because according to Exhibit A, Stanton had already marketed the property once before and reported the Sale Price of $811,364, but another posting showed that Patrick Stanton sold the property for $1,255,000 (Exhibit 2). There is a big difference between those prices and Plaintiff's motion does not address it.

WHEREFORE, the Defendants ILG INTERNATIONAL LOGISTICS GROUP, INC., S&L CARTAGE, INC., BELLA ABEL LLC, and SAMIR JAKUPOVIC respectfully request that this Honorable Court enter an order denying Plaintiff's Motion to Appoint Special Sales Officer.

        Respectfully Submitted,
        ILG International Logistics Group, Inc.,
        S&L Cartage, Inc., Bella.Abel LLC, and
        Samir Jakupovic


        By:    /s/ Anthony J. Peraica
                Attorney for Defendants

Anthony J. Peraica, ARDC NO.: 6186661
Anthony J. Peraica & Associates, Ltd.
Attorneys for Defendants
5130 South Archer Avenue
Chicago, Illinois 60632
773-735-1700
support@peraica.com