IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PNC BANK, NATIONAL ASSOCIATION and
PNC EQUIPMENT FINANCE, LLC

        Plaintiffs,

   v.

ILG INTERNATIONAL LOGISTICS GROUP,
INC., S&L CARTAGE, INC., BELLA.ABEL
LLC and SAMIR JAKUPOVIC,

        Defendants.

Case No. 20-cv-01088

## SUMMARY JUDGMENT ORDER

This cause coming to be heard on Plaintiff's Motion for Summary Judgment IT IS HEREBY ORDERED THAT:

    1.    Summary judgment on Count I of the Complaint is entered in favor of PNC Equipment Finance, LLC and against ILG International Logistics Group, Inc., and S & L Cartage, Inc. in the amount of $2,773,313.42,

    2.    Summary judgment on Counts II and III of the Complaint is entered in favor of PNC Bank, National Association and against ILG International Logistics Group, Inc., S & L Cartage, Inc. and Bella.Abel, LLC in the amount of $1,335,602.48, plus attorneys' fees and costs of $78,365.65 for a total of $1,413,968.13.

    3.    Summary judgment on Count VII is entered in favor of PNC Equipment Finance, LLC and against Samir Jakupovic in the amount of $2,773,313.42.

    4.    Summary judgment on Count VIII is entered in favor of PNC Bank, National Association and against Samir Jakupovic in in the amount of $1,335,602.48, plus attorneys' fees and costs of $78,365.65 for a total of $1,413,968.13.

Dated:_April 1, 2021

ENTERED:

Judge Robert W. Gettleman

Order prepared by:
Martin J. Wasserman
CARLSON DASH LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Telephone: 312-382-1600
Email: mwasserman@carlsondash.com