**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION and PNC EQUIPMENT FINANCE, LLC | Case No. 20-cv-01088 |
| Plaintiffs, | |
| v. | |
| ILG INTERNATIONAL LOGISTICS, INC., S&L CARTAGE, INC., BELLA.ABEL LLC and SAMIR JAKUPOVIC, | |
| Defendants. | |

## ORDER

This cause coming to be heard on Plaintiffs' Motion to Partially Dismiss Complaint and Judgment IT IS HEREBY ORDERED THAT:

1. The Motion [61] is granted.

2. The Judgment of Foreclosure entered by this Court on April 1, 2021 (docket no. 54) is vacated.

3. The order of replevin entered by the Court on April 1, 2021 (docket no 53) is vacated.

4. Counts IV and V of the Complaint are dismissed.

DATED: February 1, 2022

ENTERED:

Robert W. Gettleman
U.S. District Court Judge

Order prepared by:
Martin J. Wasserman
CARLSON DASH LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Telephone: 312-382-1600
Email: mwasserman@carlsondash.com